**\*E-FILED 10-07-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET, | No. C10-04400 HRL |
| Plaintiff, | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| COUNTRYWIDE HOME LOANS, et al., | |
| Defendants. | |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than October 18, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1(a)(2). The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   October 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-04400-HRL Notice has been electronically mailed to:

2  Robert Alan Padway    robert.padway@bryancave.com, connie.lee@bryancave.com

3  Robert E. Boone , III    reboone@bryancave.com, jmsmith@bryancave.com

4  Tracy Marie Talbot    tracy.talbot@bryancave.com, ursula.manning@bryancave.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

7  5:10-cv-04400-HRL Notice mailed to:

8  Chris Monet
P.O. Box 67365
Scotts Valley, CA 95067

2