**E-Filed 12/8/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTRYWIDE HOME LOANS and/or its assigns; BANK OF AMERICA and/or its assigns, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; AND DOES 1-20, INCLUSIVE,<br><br>　　　　　　Defendants. | Case Number 5:10-cv-04400-JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE; AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[Docket No. 6] |

　　This action arises from a loan secured by the residence of Plaintiff Chris Monet ("Plaintiff"). Plaintiff asserts claims for wrongful foreclosure, quiet title, and violations of Cal. Civ. Code § 2937, the Truth in Lending Act, 15 U.S.C. §§ 1601 *et seq.*, the Real Estate and

---

[1] This disposition is not designated for publication in the official reports.

1  Settlement Procedures Act, 12 U.S.C. §§ 2601 *et seq*., and the Fair Debt Collection Practices
2  Act, 15 U.S.C. §§ 1692 *et seq*.  He also seeks a judicial declaration of the rights of the parties and
3  to rescind the loan.   Defendants Countrywide Home Loans, Inc., Bank of America, N.A., and
4  Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") move to dismiss the
5  complaint.  The Court concludes that this motion is appropriate for determination without oral
6  argument and will vacate the hearing date of December 10, 2010.  *See* Civ. L.R. 7-1(b).

7  Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one
8  days before the noticed hearing date of December 10, 2010 – here, not later than November 19,
9  2010.  *See* Civ. L.R.  7-3(a).  As of the date of this order, Plaintiff has not filed opposition
10 papers.

11 Because the instant motion appears well-taken and is unopposed, the motion to dismiss
12 will be granted with leave to amend.  Any amended pleading shall be filed within twenty (20)
13 days after the date of this order.

**ORDER**

For good cause shown,

(1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(2) any amended pleading shall be filed within twenty (20) days after the date of this order;

(3) the hearing date of December 10, 2010 is VACATED; and

(4) the Case Management Conference set for December 10, 2010 is CONTINUED to January 21, 2010 at 10:30 a.m.

DATED:  12/8/2010

_____
JEREMY FOGEL
United States District Judge