1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 4/7/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS and/or its assigns; BANK OF AMERICA and/or its assigns, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case Number 5:10-cv-04400-JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO SHORTEN TIME<br><br>[Re: Docket No.36] |

Pursuant to Civ. L.R. 6-3, Plaintiff Chris Monet seeks to shorten time for hearing on his

motion for preliminary injunction.  In its order dated March 29, 2011, the Court indicated that

---

[1]     This disposition is not designated for publication in the official reports.

1

1   should Plaintiff move for preliminary injunction, the motion should be scheduled for hearing on

2   May 13, 2011, to be heard in conjunction with the motion to dismiss filed by Defendants

3   Countrywide Home Loans, *et al.  See* Order Denying Plaintiff's Application for Entry of

4   Temporary Restraining Order, Dkt. 35 at 5.  Plaintiff has indicated that he is in need of

5   additional time to prepare the moving papers.  The Court concludes that the motion is well-

6   taken.

7                                          **ORDER**

8           For the reasons set forth above, the motion is GRANTED.  Plaintiff shall file and serve

9   his motion for preliminary injunction on or before April 12, 2011.  Defendants shall file and

10  serve their opposition if any no later than April 22, 2011.  Plaintiff shall file and serve his reply

11  if any no later than April 29, 2011.

12  **IT IS SO ORDERED.**

13

14  DATED: April 7, 2011                    _____

15                                          JEREMY FOGEL
                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 5:10-cv-04400-JF (HRL)
ORDER GRANTING MOTION TO SHORTEN TIME
(JFLC1)